AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1345A 4th Street, NE**
**Washington, D.C. 20002**

**UNDER SEAL**

FILED
NOV 1 5 2005

**SEARCH WARRANT**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0591M - 01

TO: __Lavinia A. Quigley__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective with the Metropolitan Police Department__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1345A 4th Street, NE, Washington, D.C. 20002, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  1 4 NOV 2005
_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005
_____
Date and Time Issued   **ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005  10:20 AM | NO ONE PRESENT — COPY LEFT ON PREMISES |

**INVENTORY MADE IN THE PRESENCE OF**
SA ANDREW SEKELA, SA REGINA BURRIS

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**



FILED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  11-15-05
U.S. Judge or U.S. Magistrate Judge     Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) 11/10/2005
At (time) _____
(Name) Habibullah Karwan
(Location) Gifts Unlimited
1345A 4th Street NE
Washington, DC

Item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | No label (blank) purses. 13 Boxes, 132 purses total. |
| 2 | Gucci purses. 8 boxes, 149 purses total. |
| 3 | Prada purses. 8 boxes, 105 purses total. |
| 4 | Prada purses. 7 boxes, 94 purses total. |
| 5 | Gucci purses. 3 boxes, 36 purses total. |
| 6 | No label product (blank) purses. 3 boxes, 50 purses total. |
| 7 | Chanel : 2 sunglasses, 2 scarves & hats, 40 scarves. |
| 8 | Christian Dior: 1 purse, 7 sunglasses, 7 belts, 3 watches, 3 hat & scarf sets. |
| 9 | Chanel purses. 2 boxes, 13 purses total. |
| 10 | Gucci purses. 2 boxes, 24 purses total. |
| 11 | Coach purses. 4 boxes, 90 purses total. |
| 12 | 35 Coach umbrellas. |
| 13 | 15 D&B purses. |
| 14 | 65 Nike baseball hats, 2 MLB Nationals hats, 2 Von Dutch hats, 2 Polo hats, 4 blank no label bags. |
| 15 | 1 Coach wallet, 14 Coach umbrellas, 4 Coach hats, 32 Coach scarves. |
| 16 | 5 Gucci sunglasses, 1 Gucci purse, 3 Gucci shoes, 3 Gucci wallets, 2 Gucci hats, 2 Gucci purses. |
| 17 | 6 Gucci shoes. |
| 18 | 9 Chanel purses. |
| 19 | 1 Louis Vitton belt, 12 Louis Vitton scarves, 12 Louis Vitton wallets, 4 Louis Vitton scarves. |
| 20 | 5 Louis Vitton scarves, 3 Louis Vitton wallets, 14 Louis Vitton purses. |
| 21 | Documents, invoices, business records, deposit slips, receipts, merchandise info, trucking documents, bank statements, cancelled checks, financial activity statement, notebook, tax information, merchant information, business cards, bills, insurance information. |

| ITEM# | DESCRIPTION |
|---|---|
| 22 | 25 Christian Dior purses. |
| 23 | 70 Fendi scarves. |
| 24 | 2 Cartier watches. Rolex watch. Breitling watch. |
| 25 | Coach umbrella, Coach purse, Louis Vitton purse. Gucci sunglasses. 17 Prada logos. |
| 26 | documents re: Rolex vs. John Does. Oakley vs. John Does. Burberry vs. John Does. Tommy Hilfiger vs. John Does, & Louis Vitton vs. John Does. |
| 27 | PNC bank checks & check stubs |
| 28 | Louis Vitton wallet, Gucci. Burberry. Coach, & Prada logos. |
| 29 | Logos for merchandise. |
| 30 | 28 Gucci tags, 41 Prada tags, 1 Gucci watch. |
| 31 | Tax records, lease. financial agreements. business records, transaction records, receipts. |
| 32 | Business receipts. business cards. bank records, property records, hand written notes. journal, daytimers. merchandise docs, invoices, insurance docs, deposit slips / records. |
| 33 | 6 blank bags |
| 34 | Blank purses. 2 boxes, 32 purses total. |
| 35 | 31 Fendi scarves. 14 Fendi wallets. 12 Fendi belts. |
| 36 | 17 Fendi wallets. 4 Fendi belts. 3 Fendi sunglasses. 1 Fendi scarf, 8 Fendi purses. |
| 37 | Prada labels |
| 38 | 1 Coach purse. |
| 39 | 48 watches. 18 wallets. 19 sunglasses. 27 belts. 47 Chanel necklaces. 10 Dior necklaces. 7 Dior bracelets, 12 Dior earrings, 1 Tiffany keychain. |
| 40 | 6 blank purses. |
| 41 | Business cards. phone numbers. receipts. |
| 42 | Business cards. merchandise logs. order lists. |
| 43 | Cash register receipts, checks received (not negotiated). $713 in cash (26 $20 bills, 1 $100 bill, 43 $1 bills. 8 $5 bills, 5 $2 bills) |
| 44 | Surveillance video. |
| 45 | 8 Harley Davidson lighters, 8 Playboy lighters, 3 Chanel lighters. 13 D&G sunglasses, 18 Chanel sunglasses. 6 Prada sunglasses, 8 Fendi sunglasses. |
| 46 | 9 Fendi wallets. 1 empty Fendi box, 3 Louis Vuitton wallets. |
| 47 | 23 Gucci purse covers. 8 Louis Vuitton purse covers. 3 Fendi purse covers. 5 Coach purse covers, 2 Christian Dior purse covers. 1 Chanel purse cover, 1 D&B purse cover |

| ITEM# | DESCRIPTION | | |
|---|---|---|---|
| | (END OF LIST) | | Total of 47 Item(s) Listed |

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (Gifts Unlimited
1345A 4th Street NE
Washington, DC) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

☆

Witnessed:       *[signature]*
Signature

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

*[signature]*

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

☆ NOTE: Owner not present. Posted copy of FD-597 Property Receipt Form in the store.